**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DONALD JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-223** |
| **LAFOURCHE PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION: "P" (5)** |

**ORDER**

The Court, having considered the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation (Rec. Doc. 28), and the failure of any party to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal civil rights claims against Defendants the Lafourche Parish Government and the Lafourche Parish Detention Center are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 1st day of June 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**